[No. 33175-6-II.   Division Two.   April 4, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL LEE RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05550-6, Linda C.J. Lee, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33584-1-II.   Division Two.   April 4, 2006.]

KERRY CHRISTAL, *as Personal Representative, Appellant,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Defendant,* FARMERS INSURANCE EXCHANGE, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-05742-0, Robert L. Harris, J., entered July 18, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Penoyar, JJ. Now published at 133 Wn. App. 186.

[No. 33603-1-II.   Division Two.   April 4, 2006.]

KENTON BRINE ET AL., *Appellants,* v. HERITAGE CUSTOM HOMES, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 01-2-00859-2, Wm. Thomas McPhee, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.

[No. 33758-4-II.   Division Two.   April 4, 2006.]

CAROL L. ALLCHIN, *Appellant,* v. NORMANDY ON THE HEIGHTS HOMEOWNERS ASSOCIATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-05390-6, Rosanne Buckner, J., entered December 15, 2004. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 53399-1-I.   Division One.   April 10, 2006.]

*In the Matter of the Personal Restraint of* ANTHONY P. JOHNSON, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.